# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TRAVIS PICKETT

VERSUS

LAUREN ENGINEERS &
CONSTRUCTION, INC.

NO. 2019 CA 1585

**APR 2 8 2020**

---

In Re:    On motion of Travis Pickett, to reinstate appeal,
          Office of Workers' Compensation, District 9, No. 17-
          02749.

---

**BEFORE:    HIGGINBOTHAM, HOLDRIDGE, AND PENZATO, JJ.**

    **MOTION TO REINSTATE APPEAL GRANTED.** The appeal is hereby
reinstated. If applicable, appellant must file separate motions
for reinstatement of the right to oral argument and the right to
file a reply brief. The briefing schedule shall be set by the
clerk's office.

**TMH**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT